# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

    Plaintiff(s),

v.

CRAIGMONT VILLAS HOMEOWNERS ASSOCIATION, et al.,

    Defendant(s).

Case No.: 2:16-cv-00494-APG-NJK

**ORDER**

On June 29, 2016, a proof of service was filed showing that Defendant 4300 N Lamont 232 Trust was served on June 1, 2016. Docket No. 30. To date, default has not been sought nor has Plaintiff otherwise advanced its case against 4300 N Lamont 232 Trust. On June 27, 2018, Defendant Alessi & Koenig filed a notice that it will not participate in this case and that default may be pursued against it. Docket No. 49. On July 19, 2018, the Court ordered that the parties may seek appropriate relief with respect to that non-participation once the stay was lifted. *See* Docket No. 50. That stay has now been lifted. *See* Docket No. 53.

In light of the above, Plaintiff must file a status report by August 16, 2019, detailing the manner in which it plans to proceed on its claims against the above Defendants. The filing of requests for default by that date will automatically suffice for discharging the requirement for a status report.

IT IS SO ORDERED.

Dated: August 2, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge